UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DARYL WALLACE,

    Plaintiff,

Case No. 17-cv-14231
Hon. Matthew F. Leitman

v.

KP NETWORK, LLC,
d/b/a BETTER HEALTHKARE,

    Defendant.

_____/

## **ORDER DISMISSING CASE**

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 7, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 7, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764